15 P.3d 815

# SUPREME COURT OF HAWAI'I

State v. Canio .................................... 22615 11/02/2000 Vacated and
 Remanded

State v. Aburabie ................................. 22670 12/20/2000 Vacated and
 Remanded

Casumpang v. ILWU, Local 142 ... 22726 12/20/2000 Denied

Teller v. Teller ................... 205718 4/28/1998 Granted

Association of Apartment Owners
 of Aikahi Gardens v. Lepere ..... 20571 9/11/1998 Granted

Doe, In re ...................... 21876 1/20/2000 Granted

Williamson v. Hawaii Paroling Au-
 thority........................ 22882 12/26/2000 Granted